UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES FRISOULIS,    JUDGMENT
                     09-CV- 4528 (SLT)

                         Plaintiff,

-against-

NYC; NYPD 115 PCT. and MARLA GRABSKY,

                         Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on November 4, 2009, dismissing the action pursuant to 28 U.S.C. § 1915A for failure to state a claim on which relief may be granted; dismissing the action without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that the action is dismissed without prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim on which relief may be granted; that the action is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.


Dated: Brooklyn, New York
        November 06, 2009

/S/
ROBERT C. HEINEMANN
Clerk of Court